Floyd JOYNER, Sr., Plaintiff–
Appellant,

v.

Carl Edward EASON, Jr., Judge,
Defendant–Appellee.

No. 14–7726.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 17, 2015.

Decided: March 20, 2015.

Floyd Joyner, Sr., Appellant Pro Se.

Before WILKINSON and KING, Circuit Judges, and DAVIS, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Floyd Joyner, Sr., appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915A(b) (2012). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. *Joyner v. Eason,* No. 1:14–cv–01147–LO–IDD (E.D.Va. Nov. 10, 2014). We deny Joyner's motions to appoint counsel and for bail or release pending appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*